Ralph Lambrecht and Louise Lambrecht, Plaintiffs-Appellees, v. Illinois Liquor Control Commission, City of Rock Island, and Carl F. Bauer, Mayor and Local Liquor Commissioner of City of Rock Island, Defendants-Appellants.

Gen. No. 10,789.

Second District.

April 6, 1955.

Released for publication April 26, 1955.

Charles D. Marshall, Jr., for defendants-appellants; Samuel M. Gilman, for plaintiffs-appellees. Opinion by JUSTICE DOVE. Not to be published in full.